UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL HARROLD | CIVIL ACTION |
| v. | NO. |
| LIBERTY INSURANCE UNDERWRITERS, INC., SOUTHERN CRANE & HYDRAULICS, L.L.C., ABC INSURANCE COMPANY, AEROTEK, INC., XYZ INSURANCE COMPANY AND WEEKS MARINE, INC. | SECTION<br><br>JUDGE<br><br>MAGISTRATE |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Southern Crane & Hydraulics, L.L.C. (hereinafter "Southern Crane") who files its Notice of Removal pursuant to 28 U.S.C.A. § 1441(a) *et seq*. on the grounds of general maritime law and the constitution, laws and treaties of the Unites States pursuant to 28 U.S.C.A. § 1441(c) and in support thereof shows as follows:

## I.
## PENDING STATE SUIT

Plaintiff, Randall Harrold, filed suit against Defendants, Liberty Insurance Underwriters, Inc., Southern Crane & Hydraulics, L.L.C., Aerotek, Inc. and Weeks Marine, Inc. as well as fictitious ABC Insurance Company and XYZ Insurance Company on October 23, 2013 in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. *See Citation and Petition for Damages attached as Exhibit 1.*

2.      The lawsuit pending in the 19th Judicial District Court is a Civil Action by Plaintiff alleging personal injury suffered on October 26, 2012, while employed by Aerotek, Inc. and Weeks Marine, Inc. and while working on a barge docked in the Mississippi River at mile

331.    Plaintiff does not allege that Southern Crane is his employer. He does not allege that Southern Crane owned the barge on which he was working and on which he alleges he suffered injuries. He alleges Jones Act Claims under 46 U.S.C.A. § 30104 against only Weeks Marine, Inc. and Aerotek, Inc.

3.    Southern Crane merely supplied one welder to Weeks Marine, Inc. to weld guardrails on a crane on the barge. The welder was not in charge of the work in which plaintiff was working along with the welder and two other employees of Weeks Marine, Inc. The welder was not a seaman under the Jones Act 46 U.S.C.A. § 30104.

### III.
### JURISDICTION

4.    This Honorable Court has original exclusive jurisdiction of the claim against Southern Crane under General Maritime Law.

5.    This Civil Action is not a non-removable action described in 28 U.S.C.A. § 1445.

### IV.
### SERVICE OF SUIT

6.    Defendant, Southern Crane was served with Plaintiff's Petition for Damages on November 13, 2013.

### V.
### DAMAGES

7.    Pursuant to Louisiana Code of Civil Procedure Article 893 (A)(1): "no specific monetary amount of damages shall be included in the allegations or pray for relief of any original, amended or incidental demand" LSA-CCP Article 893(A)(1) and the Notice of Removal is not filed on the diversity of citizenship jurisdiction.

## VI.
## TIMING OF THE REMOVAL

8.  Defendant, Southern Crane's Notice of Removal is being filed within thirty (30) days of service of the Plaintiff's Petition.

## VII.
## VENUE

9.  Under 28 U.S.C.A. § 1441(a), venue for a removal is proper in this Court as the 19th Judicial District Court for the Parish of East Baton Rouge where the state action is pending, is located within this district.

## VIII.
## ANSWER

10. No answer by any of the Defendants have been filed in State Court proceedings.

## IX.
## NOTICE TO ADVERSE PARTIES AND TO STATE COURT

11. As the removing party, Defendant, Southern Crane will give Plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C.A. § 1446(d).

12. Defendant also will file a copy of this Notice of Removal with the Clerk of the 19th Judicial District Court where the state court action is currently pending, as required by 28 U.S.C.A. § 1446(b).

13. All Defendants have consented to removal pursuant to 28 U.S.C.A. § 1446(b)(2)(A) as shown by the Notices of Consent to Removal of each party Defendant attached as Exhibits 2, 3 and 4.

## X.
## PREREQUISITES

14. All prerequisites required for removal under the general maritime law and 28 U.S.C.A. § 1441(c) have been satisfied.

## XI.
## JURY DEMANDS

15. Plaintiff demanded a jury in the state court and Defendants demand trial by jury in this court.

**WHEREFORE,** based on the foregoing, Defendant Southern Crane respectfully requests that the above-captioned action now pending against it in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana be removed to this Court.

Respectfully submitted on the 22nd day of November, 2013.

Respectfully submitted,

**DEUTSCH, KERRIGAN & STILES, L.L.P.**

s/Francis A. Courtenay, Jr.
David K. Groome, Jr. (#22788)
Francis A. Courtenay, Jr. (#04443)
James E. Courtenay (#31681)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-12011
Attorneys for Southern Crane & Hydraulics, LLC and Liberty International Underwriters, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Notice of Removal has this date been forwarded to all counsel of record either by means of U.S. Mail, postage prepaid, and properly addressed, facsimile, or electronic mail on this 22nd day of November, 2013.

s/Francis A. Courtenay, Jr.
FRANCIS A. COURTENAY, JR.

4