UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDALL HARROLD | CIVIL ACTION |
| v. | NO. |
| LIBERTY INSURANCE UNDERWRITERS, INC., SOUTHERN CRANE & HYDRAULICS, L.L.C., ABC INSURANCE COMPANY, AEROTEK, INC., XYZ INSURANCE COMPANY AND WEEKS MARINE, INC. | SECTION<br><br>JUDGE<br><br>MAGISTRATE |

## NOTICE OF CONSENT TO REMOVAL

Defendant, Liberty Insurance Underwriters, Inc., files this consent to removal on November 22, 2013.

1. Liberty Insurance Underwriters, Inc. has been served through the Secretary of State with Plaintiff's Petition for Damages in the 19th Judicial District Court for the Parish of Baton Rouge, State of Louisiana on November 12, 2013;

2. As of this date, Liberty Insurance Underwriters, Inc. has not filed responsive pleadings in the 19th Judicial District Court;

3. On November 22, 2013, Southern Marine & Hydraulics, LLC intends to file a notice of removal to this federal court;

4. Liberty Insurance Underwriters, Inc. agrees with the Notice of Removal and consents to removal of this action to this federal court; and

5. Deutsch, Kerrigan & Stiles, through undersigned counsel has been appointed to represent Liberty Insurance Underwriters, Inc. which has consented to the removal of this action to the United States District Court for the Middle District of Louisiana.

    s/Francis A. Courtenay, Jr.
FRANCIS A. COURTENAY, JR. (#4443)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: (504) 581-5141
FACSIMILE: (504) 566-4075

EXHIBIT 2