UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RANDALL HARROLD

VERSUS

LIBERTY INSURANCE
UNDERWRITERS, INC., ET AL.

CIVIL ACTION

NO. 13-762-JJB-SCR

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the court on the Plaintiff Randall Harrold's Motion (doc. 5) to Remand. In his Report and Recommendations (doc. 9), the Magistrate Judge found that the Motion to Remand should be denied, based primarily on the 2011 revisions to 28 U.S.C. § 1441. Subsequently, the plaintiff filed an Objection (doc. 10) to the Report and Recommendations, to which the defendant filed a memorandum (doc. 13) in support.

After reviewing the Report and Recommendations and the parties' respective briefings on the matter, the Plaintiff Randall Harrold's Motion (doc. 5) to Remand is **GRANTED IN PART AND DENIED IN PART**. The Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 9). However, pursuant to 28 U.S.C. § 1441(c)(2), the Jones Act claims asserted against Weeks Marine, Inc. and Aerotek, Inc., are **SEVERED** and **REMANDED** to the 19th Judicial District Court of Baton Rouge, Louisiana.

Signed in Baton Rouge, Louisiana, on February 19, 2014.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

```
19th JDC
```