UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| RANDALL HARROLD | CIVIL ACTION |
|---|---|
| VERSUS | NO. 3:13-cv-00762-JJB-SCR |
| LIBERTY INSURANCE UNDERWRITERS, INC., SOUTHERN CRANE & HYDRAULICS, L.L.C., ABC INSURANCE COMPANY, AEROTEK, INC., XYZ INSURANCE COMPANY, and WEEKS MARINE, INC. | JUDGE BRADY<br><br>MAGISTRATE JUDGE RIEDLINGER |
| *consolidated with* | |
| IN THE MATTER OF THE COMPLAINT OF WEEKS MARINE, INC., as owner and operator of the BT 229, for Exoneration From or Limitation of Liability | CIVIL ACTION<br><br>NO. 3:13-cv-00831-JJB-SCR |

## JUDGMENT BY DEFAULT

Upon consideration of *Complainant-in-Limitation Weeks Marine, Inc.'s Motion for Judgment by Default Against All Non-Appearing Claimants*, and the *Memorandum in Support* of same, and any opposition thereto, and the Court finding that it is has been proven by sufficient evidence that:

(1) Legal notice of the filing of Complainant-in-Limitation Weeks Marine, Inc.'s *Verified Complaint for Exoneration From or Limitation of Liability* was published in The Advocate on February 7, 14, 21, and 28, 2014, and The Times-Picayune on February 7, 14, 21, and 28, 2014, advising all persons asserting claims with respect to which the *Verified Complaint for Exoneration From or Limitation of Liability* seeks exoneration from, or limitation of, liability, must do so on or before April 17, 2014, or be defaulted; and

1

(2) The legal notice complied with this Court's *Order Approving Ad Interim Stipulation, Directing Issuance of Notice, and Restraining Prosecution of Claims* (*Court Record, Doc. No. 6, Civil Action No. 3:13-cv-00831*) in all respects; and

(3) The time frame for submitting a statement of interest has expired, with no claims or answers other than those of Aerotek, Inc. (*Court Record, Doc. No. 3, Civil Action No. 3:13-cv-00831*), Southern Crane & Hydraulics, L.L.C. and Liberty Insurance Underwriters, Inc. (*Court Record, Doc. No. 5, Civil Action No. 3:13-cv-00831*), and Randall Harrold (*Court Record, Doc. No. 14, Civil Action No. 3:13-cv-00762*) being filed or served, and no request for extension of time has been filed or served.

The Court being satisfied in all other respects that the entry of *Judgment by Default* per Rule 55(b)(2) of the Federal Rules of Civil Procedure is proper under the circumstances,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that *Complainant-in-Limitation Weeks Marine, Inc.'s Motion for Judgment by Default Against All Non-Appearing Claimants* be and same is hereby **GRANTED**; and it is further

**ORDERED, ADJUDGED AND DECREED** that *Judgment by Default* is hereby entered under Rule 55(b)(2) of the Federal Rules of Civil Procedure in favor of Complaint-in-Limitation Weeks Marine, Inc., **DISMISSING WITH PREJUDICE** all potential claims or demands of all persons, firms, corporations, municipalities, agencies, and/or any other entities who may have asserted claims with respect to which the *Verified Complaint for Exoneration From or Limitation of Liability* seeks exoneration from, or limitation of, liability, who have not heretofore filed with the Clerk of Court for the Middle District of Louisiana a claim and answer; and it is further

**ORDERED, ADJUDGED AND DECREED** that all of the said persons, firms, corporations, municipalities, agencies, and/or any other entities who failed to file a claim and answer with the Clerk of Court for the Middle District of Louisiana are hereby forever barred from filing or serving any answers and claims in Civil Action Nos. 3:13-cv-00762 and 3:13-cv-00831.

Signed in Baton Rouge, Louisiana, on May 5th, 2014.

---

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA